**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JASON LEOPOLD,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF JUSTICE,<br><br>   Defendant. | Civil Action No. 15-2117 (RDM) |

**ORDER**

On September 28, 2016, the parties filed a joint status report, Dkt. 24, in which they stated that Leopold and the State Department have agreed to redirect resources from the review of certain records at issue in another case, *Leopold v. U.S. Department of State*, 15-cv-123, to the review of certain records at issue in this case, which have been provided to the State Department by the Federal Bureau of Investigation ("FBI").

Upon consideration of that joint status report, it is hereby **ORDERED** that the State Department shall post to its publicly accessible FOIA "reading room" website all non-exempt portions of responsive records subject to FOIA that it identifies in the records provided to it by the FBI.

It is **FURTHER ORDERED** that the State Department shall aspire to abide by a monthly production schedule. The first production shall occur on or before November 3, 2016, and each subsequent production shall occur on or before the first of each month thereafter. For each production, the State Department shall review at least 1,850 pages of documents from the records provided to the State Department by the FBI. These 1,850 pages shall be reviewed *in addition* to the pages the State Department must review in accordance with the Minute Order

entered by Judge Boasberg on September 23, 2016, in the case *Judicial Watch v. State*, 15-cv-687.  For each document reviewed, the State Department shall do one of the following: (1) determine that the document is not responsive to Leopold's request in this case; (2) refer the document to another agency for consultation; or (3) produce the document, with appropriate redactions, to Leopold.

It is **FURTHER ORDERED** that, one week after each production, the State Department shall file a status report informing the Court of the number of pages of documents produced.  If, in any given month, the State Department fails to meet the above-described goal, it shall explain in detail in its status report the steps it will take to catch up with the production schedule.

**SO ORDERED**.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  October 3, 2016