THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> )  Case No. 15-cv-02117 RDM |
| U.S. DEPARTMENT OF JUSTICE | ) <br> ) |
| Defendant. | ) <br> ) |

**STATUS REPORT**

Pursuant to this Court's Order of October 3, 2016, Defendant respectfully submits the following status report, based on information provided to it by non-party the Department of State ("State").

The Court ordered that, by March 1, 2017, State aspire to review at least 1,850 pages of documents from the records provided to it by the Federal Bureau of Investigation, and for each document reviewed to: (1) determine that it is not responsive to the request at issue in this case; (2) refer the document to another agency for consultation; or (3) produce the document, with appropriate redactions, to Plaintiff. *See* ECF No. 26, Oct. 3, 2016 Order, at 1-2.

State exceeded the goal set forth in the Order. By March 1, 2017, State had processed 1,993 pages of documents from disc 1 of the materials provided to it by the FBI. On the same date, State posted to its publicly accessible FOIA "reading room" website 286 documents comprising 1,176 pages. The remaining 817 of the 1,993 pages

processed were determined to be duplicative of information previously released, and thus are not responsive to Plaintiff's FOIA request.

Dated: March 8, 2017					Respectfully submitted,

							CHAD A. READLER
							Acting Assistant Attorney General

							MARCIA BERMAN
							Assistant Branch Director

							*/s/ Jennie L. Kneedler*
							JENNIE L. KNEEDLER
							Trial Attorney
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave., N.W.
							Washington, D.C.  20001
							Tel. (202) 305-8662
							Fax (202) 616-8470
							Email: Jennie.L.Kneedler@usdoj.gov
							D.C. Bar # 500261

							*Attorneys for Defendant*