THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-cv-02117 RDM |
| U.S. DEPARTMENT OF JUSTICE | ) |
| Defendant. | ) |

## STATUS REPORT

Pursuant to this Court's Order of October 3, 2016, Defendant respectfully submits the following status report, based on information provided to it by non-party the Department of State ("State").

The Court ordered that, by July 1, 2018, State aspire to review at least 1,850 pages of documents from the records provided to it by the Federal Bureau of Investigation, and for each document reviewed to: (1) determine that it is not responsive to the request at issue in this case; (2) refer the document to another agency for consultation; or (3) produce the document, with appropriate redactions, to Plaintiff. *See* ECF No. 26, Oct. 3, 2016 Order, at 1-2.

State exceeded the goal set forth in the Order. By July 2, 2018[1], State had processed 2,706 pages of documents from the materials provided to it by the FBI. On the

---

[1] Because July 1, 2018 was a Sunday, State posted the documents to its publicly accessible FOIA "reading room" website on Monday, July 2, 2018. Therefore, Defendant is filing this status report today. *See* ECF No. 26, Oct. 3, 2016 Order, at 2 (requiring filing of status report one week after each production).

same date, State posted to its publicly accessible FOIA "reading room" website 123 documents comprising 184 pages. The remaining 2,522 of the 2,706 pages processed were determined to be duplicative of information previously released, and thus are not responsive to Plaintiff's FOIA request.

Dated: July 9, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

*/s/ Jennie L. Kneedler*
JENNIE L. KNEEDLER
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, D.C. 20001
Tel. (202) 305-8662
Fax (202) 616-8470
Email: Jennie.L.Kneedler@usdoj.gov
D.C. Bar # 500261

*Attorneys for Defendant*