# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Case No. 15-cv-02117 RDM <br> U.S. DEPARTMENT OF JUSTICE ) <br> ) <br> Defendant. ) <br> ) | |

## STATUS REPORT

Pursuant to this Court's Order of October 3, 2016, Defendant respectfully submits the following status report, based on information provided to it by non-party the Department of State ("State").

The Court ordered that, by August 1, 2018, State aspire to review at least 1,850 pages of documents from the records provided to it by the Federal Bureau of Investigation, and for each document reviewed to: (1) determine that it is not responsive to the request at issue in this case; (2) refer the document to another agency for consultation; or (3) produce the document, with appropriate redactions, to Plaintiff. *See* ECF No. 26, Oct. 3, 2016 Order, at 1-2.

State exceeded the goal set forth in the Order. By August 1, 2018, State had processed 2,384 pages of documents from the materials provided to it by the FBI. On the same date, State posted to its publicly accessible FOIA "reading room" website 91

1

documents comprising 102 pages.[1]  The remaining 2,282 of the 2,384 pages processed were determined to be duplicative of information previously released, and thus are not responsive to Plaintiff's FOIA request.

| | |
|---|---|
| Dated: August 8, 2018 | Respectfully submitted, |
| | CHAD A. READLER<br>Acting Assistant Attorney General |
| | MARCIA BERMAN<br>Assistant Branch Director |
| | */s/ Jennie L. Kneedler*<br>JENNIE L. KNEEDLER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave., N.W.<br>Washington, D.C.  20001<br>Tel. (202) 305-8662<br>Fax (202) 616-8470<br>Email: Jennie.L.Kneedler@usdoj.gov<br>D.C. Bar # 500261 |
| | *Attorneys for Defendant* |

---

[1] When the documents were initially posted to the State Department's online reading room, the subjects and other header information for each document was available, but a technical error occurred causing viewers to receive an error message when attempting to view the individual documents. This problem was corrected by the following morning.